AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | | |
|---|---|---|
| GOYA FOODS INC., etc | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 12-01859 GAG/BJM |
| GOLLA Oy, etc. | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GOLLA Oy
Hietalahdenranta 5 CD
FI-00120 Helsinki, Finland

935 W Chestnut St.
Chicago, Illinois 60642-5441

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jorge L. Guerrero-Calderon, Esq.; Maria del Carmen Guerrero-Espada, Esq.
Recinto Sur 301, ofic. 502, San Juan, PR 00901-1920
(787) 723-3355 Fax (787) 721-2126
tuttieguerrero@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN
CLERK OF COURT

*CLERK OF COURT*

Date: JAN 28 2013

José Arroyo
Deputy Clerk
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 12-01859 GAG/BJM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Golla Oy

was received by me on *(date)*   01/30/2013

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Chelsea Feltch - Key Account Manager  , who is
designated by law to accept service of process on behalf of *(name of organization)*  Golla Oy
on *(date)*   01/31/2013  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $  115.00  for travel and $  5.00  for services, for a total of $  120.00  .

I declare under penalty of perjury that this information is true.

Date:   02/05/2013

*John Valle* (signature)

*Server's signature*

John Valle - Process Server
*Printed name and title*

230 S. Clark Street, Suite 170, Chicago, IL 60604

*Server's address*

Additional information regarding attempted service, etc:

Civil Action No. 12-01859 GAG / BJM

## PROOF OF SERVICE

I, John Valle, process server, being first duly sworn, depose and state that I am over the age of 18 and not a party to the action.

Furthermore, I received this summons for Golla Oy on January 30, 2013.

I personally served and delivered true copy of the Summons and the Complaint with its exhibits and attachments, and together with copy of an Initial Interrogatories, to defendant GOLLA Oy.

Service of process was made on January 31, 2013, through defendant's GOLLA Oy thorough its agent and/or representative Golla USA Inc, in its Chicago headquarters at 935 W Chestnut St., Chicago Illinois 60642-5441, by personal service and delivery thereof upon Ms. Chelsea Feleth, Key Accountant Manager of Golla Oy, at that same address and who received and accepted the abovementioned served documents.

Service of process was made via personal in-hand.
The documents served are as follows:
    (1) Copy of the summons
    (2) Copy of the Complaint with all exhibits and attachments
    (3) Copy of the Initial Interrogatories

I declare under penalty of perjury that this information is true and correct

In Chicago, Illinois, this 5th day of February 2013

*John Valle*

JOHN VALLE – process server
Server's Address:
230 S. Clark Street # 170
Chicago, IL 60604
POBox 6188
Villa Park, IL 60181-6188